

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00158-CV

**KAREN WEAVER AND STEPHEN WEAVER,**

**Appellants**

 **v.**

**ERIC HRBACEK AND BRIDGET HRBACEK,
INDIVIDUALLY AND AS REPRESENTATIVES
AND SOLE HEIRS OF THE ESTATE OF
LOUISE HRBACEK, DECEASED,**

**Appellees**

---

**From the County Court at Law
Ellis County, Texas
Trial Court No. 11-C-3336**

---

## MEMORANDUM OPINION

---

Appellants Karen and Stephen Weaver and Appellees Eric and Bridget Hrbacek

have filed an "Agreed Motion to Reverse and Remand." The parties state that they have

"reached an agreement to settle this matter and have now effectuated all requirements of

said settlement." The parties therefore request that we reverse the trial court's judgment

and remand this matter to the trial court for dismissal in accordance with their settlement agreement.

We construe the parties' motion as an agreement requesting this Court to set aside the trial court's judgment without regard to the merits and to remand this case to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B). The parties' motion is granted. We set aside the trial court's judgment without regard to the merits and remand this case to the trial court for rendition of judgment in accordance with the parties' agreement.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Davis, and
     Judge Oakes Evans[1]
Motion granted; remanded
Opinion delivered and filed December 21, 2016
[CV06]



---

[1] The Honorable Deborah Oakes Evans, Judge of the 87th District Court, sitting by assignment of the Chief Justice of the Supreme Court of Texas under section 74.003(a) of the Government Code. *See* TEX. GOV'T CODE ANN. § 74.003(a).